374 A.2d 716

Davis, et al. v. Beach Realty Corporation, Appellant.

Argued April 12, 1977. Michael E. Dunlavey, with him Orton, Nygaard & Dunlavey, for appellant; Andrew J. Conner, with him James R. Waidley, for appellee.

Decree affirmed.

VAN der VOORT, J., absent.